# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| SAM ITAYIM, individually and on behalf of all others similarly situated, | Case No. 19-cv-60719-RS |
| *Plaintiff*, | **CLASS ACTION** |
| v. | |
| THE KEYES COMPANY, a Florida company, | |
| *Defendant*. | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Sam Itayim hereby gives notice of the dismissal with prejudice of Plaintiff's individual claims and without prejudice to the putative class's claim, with each party to bear its own attorneys' fees and costs.

Dated: October 23, 2019                    Respectfully submitted,

/s/ *Avi R. Kaufman*
Avi R. Kaufman
Florida Bar No. 84382
KAUFMAN P.A.
400 N.W. 26th Street
Miami, Florida 33127
Telephone: (305) 469-5881
Email: kaufman@kaufmanpa.com

*Counsel for Plaintiff Sam Itayim and all others similarly situated*