UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-CV-60719-SMITH/VALLE

SAM ITAYIM,

    Plaintiff,

v.

THE KEYES COMPANY,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Voluntary Dismissal (ECF No. 46). Being fully advised, it is hereby

**ORDERED AND ADJUDGED** that this matter is **DISMISSED WITH PREJUDICE** with respect to Plaintiff's individual claims, and dismissed without prejudice with respect to the putative class's claim. The parties are to bear their own attorney's fees and costs. Any pending motions, hearings, and deadlines are **TERMINATED**. The above-captioned case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 23rd day of October, 2019.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: All counsel of record